## BUCKS COUNTY RECORDER OF DEEDS
55 East Court Street
Doylestown, Pennsylvania  18901
(215) 348-6209

Exhibit "B"

Instrument Number - 2009041793
Recorded On 5/29/2009 At 1:58:40 PM            * Total Pages - 4
* Instrument Type - MORTGAGE ASSIGNMENT
Invoice Number - 307853            User - NMS
* Mortgagor - M E R S INC
* Mortgagee - CITIMORTGAGE INC
* Customer - GOLDBECK, MCCAFFERTY & MCKEEVER
* FEES
   RECORDING FEES              $35.50
   TOTAL PAID                  $35.50

This is a certification page

# DO NOT DETACH

This page is now part
of this legal document.

**RETURN DOCUMENT TO:**
GOLDBECK, MCCAFFERTY & MCKEEVER

I hereby CERTIFY that this document is
recorded in the Recorder of Deeds Office
of Bucks County, Pennsylvania.



Edward R. Gudknecht
Recorder of Deeds

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.

099209

Book: **6108** Page: **2100**

Prepared By: GINA WEINAND

Return to: GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center - Suite 5000
701 Market Street
Philadelphia, PA 19106-1532

Parcel ID#: 05-39-389

## ASSIGNMENT OF MORTGAGE

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation** (Assignor), for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is acknowledged, does grant, bargain, sell, assign and transfer to CitiMortgage Inc. (Assignee), all of its right, title and interest, as holder of, in, and to the following described mortgage, the property described and the indebtedness secured by the mortgage:

Executed WILLIAM TRAPP, Mortgagor(s); to COMMERCE BANK, NA. Bearing date of: DECEMBER 7, 2006; Amount Secured: 216,601.00; Recorded on 06/12/07; in 2007054085; in the Recorder of Deeds Office of BUCKSCounty, Commonwealth of Pennsylvania ("Mortgage") BK: 5416 PG: 2021

Property: 22 ALDER LANE LEVITTOWN, PA 19055

AS FURTHER DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED INTO THIS ASSIGNMENT.

Together with the note or obligation described in the Mortgage endorsed to the Assignee,("Note") and all moneys due and to become due on the Note and Mortgage, with interest. Assignee its successors, legal representatives and assigns shall hold all rights under the Note and Mortgage forever, subject however, to the right and equity of redemption, if any, of the maker(s) of the Mortgage, their heirs and assigns forever.

Assignor, by its appropriate corporate officers, has executed and sealed with its corporate seal this Assignment of Mortgage on this April 27, 2009.

Mortgage Electronic Registration Systems, Inc.,
A Delaware Corporation

_____(SEAL)
Name: Aaron Menne
Title: Vice President

_____(SEAL)
Name: Kim Krakoviak
Title: Vice President



```
                        ss:
STATE OF MISSOURI           )
COUNTY OF St. Charles)
```

BE IT REMEMBERED, that on this April 27, 2009, before me, the subscriber, a Notary Public personally appeared Aaron Menne, Vice President and Kim Krakoviak, Vice President of Mortgage Electronic Registration Systems, Inc., a Delaware Corporation officers of Assignor, who I am satisfied are the persons who signed the within instrument and they acknowledged that they signed, sealed with the corporate seal and delivered the same as such officers aforesaid, and that the within instrument is the voluntary act and deed of such corporation made by virtue of a Resolution of its Board of Directors.

*Aaron Menne, VP & Kim Krakoviak, VP
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC, A DELAWARE
CORPORATION.*

*Alex D. Crossman*
Notary Public
My commission expires:

I hereby certify the address of the Assignee is:
*Michael T. McKenna*
1000 Technology Drive, O'Fallon, MO 63368-2240

```
ALEX D CROSSMAN
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission #08672776
My Commission Expires 11/04/2012
```

Loan No.: 2003992163

Case #:





ALL THAT CERTAIN lot, piece or parcel of land with the building and improvements thereon, situate, lying and being at Levittown, in the Township of Bristol, County of Bucks and Commonwealth of Pennsylvania, shown and designated as lot #1391R on Subdivision Map of "Appletree Hill", Levittown, Section 26, filed in the Office of the Recorder of Deeds of Bucks County, Pennsylvania, on July 17, 1953 in Plan Book 6 page 45, as follows, to wit:

BEGINNING at a point on the Northeasterly side of Alder Lane (50 feet wide) which point is at the distance of 397.52 feet measured Northwestwardly from the Northwesterly side of Appletree Drive (58 feet wide); thence extending along the said Northeasterly side of Alder Lane North 45 degrees 04 minutes 12 seconds West 60 feet to a point; thence extending along Lot #1390R on said Plan North 44 degrees 55 minutes 48 seconds East 100 feet to a point; thence extending along Lots #1406R and #1405R respectively on said plan, South 45 degrees 04 minutes 12 seconds East 60 feet to a point; thence extending along Lot #1392R on said plan South 44 degrees 55 minutes 48 seconds West 100.00 feet to the point and place of BEGINNING.

**BUCKS COUNTY RECORDER OF DEEDS**
**RECEIPT**

| | | | |
|---|---|---|---|
| Inv Number: 307853 | Invoice Date: 05/29/2009 2:27:01 PM | RECEIPT | Reg/Drw ID: 0101 |
| Customer: | Last Change: | Receipt By: MAIL | By: NMS |
| GOLDBECK, MCCAFFERTY & MCKEEVER | | | |

| Chg # | Charge / Payment / Fee Description | | Amount | Inst # / Inst Date | Municipality |
|---|---|---|---|---|---|
| 1 | MORTGAGE ASSIGNMENT | | $35.50 | 2009041793 | BRISTOL TOWNSHIP |
| | Mortgagor - M E R S INC | | | 05/29/09 1:58:40 PM | |
| | Mortgagee - CITIMORTGAGE INC | | | Book: 6108 Page: 2100 | |
| | Consideration - | $10.00 | | Total Pages: 4 | |
| | Return Via - MAIL | | | | |
| | PARCEL IDENTIFICATION NUMBER | | | | |
| | 05-039-389-- | | | | |
| | Fee Detail: | | | | |
| | COUNTY RECORDING FEE | $15.00 | | | |
| | IMPROVEMENT FEE - COUNTY | $2.00 | | | |
| | IMPROVEMENT FEE - RECORDER | $3.00 | | | |
| | JCS/ACCESS TO JUSTICE FEE | $10.00 | | | |
| | STATE WRIT FEE | $0.50 | | | |
| | PARCEL REGISTRATION FEE | $5.00 | | | |
| 2 | MORTGAGE ASSIGNMENT | | $35.50 | 2009041794 | WARRINGTON |
| | Mortgagor - ASSURED LENDING CORP | | | 05/29/09 1:58:41 PM | TOWNSHIP |
| | Mortgagee - COUNTRYWIDE HOME LOANS SERV L P | | | Book: 6108 Page: 2104 | |
| | Consideration - | $10.00 | | Total Pages: 4 | |
| | Return Via - MAIL | | | | |
| | PARCEL IDENTIFICATION NUMBER | | | | |
| | 50-015-072-- | | | | |
| | Fee Detail: | | | | |
| | COUNTY RECORDING FEE | $15.00 | | | |
| | IMPROVEMENT FEE - COUNTY | $2.00 | | | |
| | IMPROVEMENT FEE - RECORDER | $3.00 | | | |
| | JCS/ACCESS TO JUSTICE FEE | $10.00 | | | |
| | STATE WRIT FEE | $0.50 | | | |
| | PARCEL REGISTRATION FEE | $5.00 | | | |
| 3 | MORTGAGE ASSIGNMENT | | $35.50 | 2009041795 | QUAKERTOWN |
| | Mortgagor - COUNTRYWIDE HOME LOANS INC | | | 05/29/09 1:58:42 PM | BOROUGH |
| | Mortgagee - COUNTRYWIDE HOME LOANS SERV L P | | | Book: 6108 Page: 2127 | |
| | Consideration - | $1.00 | | Total Pages: 3 | |
| | Return Via - MAIL | | | | |
| | PARCEL IDENTIFICATION NUMBER | | | | |
| | 35-004-212-- | | | | |
| | Fee Detail: | | | | |
| | COUNTY RECORDING FEE | $15.00 | | | |
| | IMPROVEMENT FEE - COUNTY | $2.00 | | | |
| | IMPROVEMENT FEE - RECORDER | $3.00 | | | |
| | JCS/ACCESS TO JUSTICE FEE | $10.00 | | | |
| | STATE WRIT FEE | $0.50 | | | |
| | PARCEL REGISTRATION FEE | $5.00 | | | |
| 4 | MORTGAGE ASSIGNMENT | | $35.50 | 2009041796 | BRISTOL TOWNSHIP |
| | Mortgagor - AMERICAN HOME MTG | | | 05/29/09 1:58:43 PM | |
| | Mortgagee - COUNTRYWIDE HOME LOANS SERV L P | | | Book: 6108 Page: 2158 | |
| | Consideration - | $10.00 | | Total Pages: 4 | |
| | Return Via - MAIL | | | | |
| | PARCEL IDENTIFICATION NUMBER | | | | |
| | 05-031-096-- | | | | |
| | Fee Detail: | | | | |
| | COUNTY RECORDING FEE | $15.00 | | | |
| | IMPROVEMENT FEE - COUNTY | $2.00 | | | |
| | IMPROVEMENT FEE - RECORDER | $3.00 | | | |
| | JCS/ACCESS TO JUSTICE FEE | $10.00 | | | |
| | STATE WRIT FEE | $0.50 | | | |
| | PARCEL REGISTRATION FEE | $5.00 | | | |
| 5 | MORTGAGE ASSIGNMENT | | $35.50 | 2009041797 | BRISTOL TOWNSHIP |
| | Mortgagor - COUNTRYWIDE HOME LOANS INC | | | 05/29/09 1:58:44 PM | |
| | Mortgagee - COUNTRYWIDE HOME LOANS SERV L P | | | Book: 6108 Page: 2165 | |
| | Consideration - | $10.00 | | Total Pages: 4 | |
| | Return Via - MAIL | | | | |
| | PARCEL IDENTIFICATION NUMBER | | | | |

**BUCKS COUNTY RECORDER OF DEEDS**
**RECEIPT**

| | | | | | |
|---|---|---|---|---|---|
| | 05-071-317– | | | | |
| | Fee Detail: | | | | |
| | COUNTY RECORDING FEE | $15.00 | | | |
| | IMPROVEMENT FEE - COUNTY | $2.00 | | | |
| | IMPROVEMENT FEE - RECORDER | $3.00 | | | |
| | JCS/ACCESS TO JUSTICE FEE | $10.00 | | | |
| | STATE WRIT FEE | $0.50 | | | |
| | PARCEL REGISTRATION FEE | $5.00 | | | |

6 **MORTGAGE ASSIGNMENT**     $35.50   2009041798   LOWER MAKEFIELD TOWNSHIP
Mortgagor - COUNTRYWIDE HOME LOANS INC    05/29/09 1:58:45 PM
Mortgagee - BANK NY MELLON    Book: 6108 Page: 2177
Consideration -   $10.00    Total Pages: 4
Return Via - MAIL
PARCEL IDENTIFICATION NUMBER
   20-015-034–
Fee Detail:
   COUNTY RECORDING FEE    $15.00
   IMPROVEMENT FEE - COUNTY    $2.00
   IMPROVEMENT FEE - RECORDER    $3.00
   JCS/ACCESS TO JUSTICE FEE    $10.00
   STATE WRIT FEE    $0.50
   PARCEL REGISTRATION FEE    $5.00

7 **MORTGAGE ASSIGNMENT**     $35.50   2009041799   BRISTOL TOWNSHIP
Mortgagor - M E R S INC    05/29/09 1:58:46 PM
Mortgagee - U S BK N A    Book: 6108 Page: 2185
Consideration -   $10.00    Total Pages: 4
Return Via - MAIL
PARCEL IDENTIFICATION NUMBER
   05-048-452–
Fee Detail:
   COUNTY RECORDING FEE    $15.00
   IMPROVEMENT FEE - COUNTY    $2.00
   IMPROVEMENT FEE - RECORDER    $3.00
   JCS/ACCESS TO JUSTICE FEE    $10.00
   STATE WRIT FEE    $0.50
   PARCEL REGISTRATION FEE    $5.00

8 **MORTGAGE ASSIGNMENT**     $35.50   2009041800   UPPER SOUTHAMPTON TOWNSHIP
Mortgagor - AMERICAS WHOLESALE LENDER    05/29/09 1:58:47 PM
Mortgagee - COUNTRYWIDE HOME LOANS SERV L P    Book: 6108 Page: 2208
Consideration -   $10.00    Total Pages: 4
Return Via - MAIL
PARCEL IDENTIFICATION NUMBER
   48-003-101–
Fee Detail:
   COUNTY RECORDING FEE    $15.00
   IMPROVEMENT FEE - COUNTY    $2.00
   IMPROVEMENT FEE - RECORDER    $3.00
   JCS/ACCESS TO JUSTICE FEE    $10.00
   STATE WRIT FEE    $0.50
   PARCEL REGISTRATION FEE    $5.00

**TOTAL CHARGES**     $284.00

**PAYMENTS**
CHECK: 382621    $35.50
CHECK: 382590    $35.50
CHECK: 382615    $35.50
CHECK: 382613    $35.50
CHECK: 382603    $35.50
CHECK: 382572    $35.50
CHECK: 382607    $35.50
CHECK: 382291    $35.50
**TOTAL PAYMENTS**    $284.00

**AMOUNT DUE**    $284.00
**PAYMENT ON INVOICE**    ($284.00)
**BALANCE DUE**    $0.00

**BUCKS COUNTY RECORDER OF DEEDS**
**RECEIPT**